**Order entered February 12, 2021**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00542-CV

## QADREE CAMPBELL, Appellant

### V.

## ANGELA MARIE PECINA A/K/A ANGELA HOWELL AND GREGORY OLIVAREZ PECINA, Appellees

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01649-2018**

### ORDER

This appeal was submitted in this Court on January 6, 2021, and is currently pending. Pursuant to an order of this Court, the trial court issued January 28, 2021 findings of fact and conclusions of law, which were filed in a supplemental clerk's record in this Court on February 5, 2021.

In light of that development, we **ORDER** that the parties may, but are not required to, submit additional briefing in this Court. *See* TEX. R. APP. P. 38.9(b). Appellant Qadree Campbell may file a supplemental or amended brief no later than

**March 15, 2021**. If appellant elects not to do so, the case will be decided based on his original brief filed February 28, 2020. Appellees Angela Marie Pecina a/k/a Angela Howell and Gregory Olivarez Pecina, who currently have not filed a brief in this Court, may file a brief no later than **April 5, 2021.** No extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to all counsel of record.

/s/ CORY L. CARLYLE
   JUSTICE